IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN MARCO DURHAM,
Father,

     Appellant,

v.

BARBARA MICHELLE
WOOLARD, Mother,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3900

Opinion filed March 3, 2016.

An appeal from the Circuit Court for Duval County.
David C. Wiggins, Judge.

Cindy L. Lasky of the Lasky Law Firm, Jacksonville, for Appellant.

Julia T. Hodges, Hodges & King, P.A., Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL, RAY, and BILBREY, JJ., CONCUR.